IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 30 2013

MATTHEW J. DYKMAN
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CRIMINAL NO. 13-3526 |
| vs. | ) | Counts 1 and 2: 18 U.S.C. §§ 1153 and 113(a)(6): Assault Resulting in Serious Bodily Injury. |
| BRANDON TAFOYA, | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about April 11, 2013, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **BRANDON TAFOYA**, an Indian, assaulted Jane Doe 1, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).

### Count 2

On or about April 11, 2013, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **BRANDON TAFOYA**, an Indian, assaulted Jane Doe 2, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).

A TRUE BILL:

_____/s/_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney
10/22/13 9:43 pm