**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**
**ALBUQUERQUE, NEW MEXICO**
***PECOS COURTROOM***
**CLERK'S MINUTES**
**BEFORE THE HONORABLE LORENZO F. GARCIA**

DEFENDANTS:                      TYPE OF HEARING: Initial Hearing

 Brandon Tafoya                CASE NO.  13-CR-3526

_____                DATE   11/5/13

_____

**NAMES AND TITLES OF OTHER PARTICIPANTS:**

AUSA: Jennifer Razzoni              DEFENSE   Pro Se     ( ) APPT ( ) RET

_____        _____( ) APPT ( ) RET

_____        _____( ) APPT ( ) RET

_____        _____( ) APPT ( ) RET

PTS/PROB OFFICER  S. Avila-Toledo    INTERPRETER: _____

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|----------|---------|----------|---------|
| Liberty-Pecos | | | Court appts atty |
| @ 10:17 am | Court - initial hrg advised | | |
| | - penalties advised | | |
| | - rights advised | | |
| | - indictment advised | 10:25 am | END |
| | - | | |
| | Govt  moves to detain | | |

**HEARING RESULTS/FINDINGS:  initial/first appearance of deft on the Indictment; detention/arraignment hearing set for 11/6/13 at 9:30 am in the Gila Courtroom before Magistrate Judge Torgerson; deft held  in custody of USMS**