IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, )
)
Plaintiff, ) CR No. 13-3526 MCA
)
vs. )
)
Brandon Tafoya )
)
Defendant. )

## MOTION FOR DETENTION HEARING AND CONTINUANCE

Pursuant to 18 U.S.C. § 3142(e) and (f), the United States moves the Court to conduct a detention hearing and thereafter order that defendant be detained prior to trial. As grounds for this motion, the United States asserts that the defendant is a flight risk and/or a danger to the community. Pursuant to 18 U.S.C. § 3142(f), the United States requests that the Court continue the detention hearing to a date that is no more than three days following the initial appearance, unless the Court finds good cause for further continuance.

Respectfully submitted,

STEVEN C. YARBROUGH
Acting United States Attorney

KIMBERLY A. BRAWLEY
Supervisory Assistant U S Attorney
Post Office Box 607
Albuquerque, NM  87103
(505) 346-7274