# ARRAIGNMENT / DETENTION MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO
## Albuquerque

| CR 13-3526 MCA | UNITED STATES vs. Tafoya |
|---|---|

**Before The Honorable Alan C. Torgerson, United States Magistrate Judge**

| Hearing Date: | 11/06/2013 | Total Time: | 11 minutes |
|---|---|---|---|
| AUSA: | Jennifer Rozzoni | Liberty: | Gila @ 9:59 a.m. |
| Defense Counsel: | John Robbenhaar | Clerk: | E. Romero |
| Probation/PTS | S. Avila-Toledo | Interpreter: | n/a |
| Deft's Name: | Brandon Tafoya | YOB: | 1991 |

| | |
|---|---|
| X | Defendant sworn |
| X | Deft questioned re physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. |
| X | Deft received a copy of the Indictment |
| X | Deft questioned re time to consult with attorney regarding the penalties |
| X | Deft does not want Indictment read in open court |
| X | Deft waives reading of Indictment |
| X | Deft is ready to plead |
| X | Defendant enters plea of NOT GUILTY to all counts |
| X | Meet and Confer: 11/17/2013 |
| X | Motions due by: 11/26/2013 |
| X | Case assigned to: Chief Judge Armijo |
| X | Trial set on trailing docket: TO BE NOTIFIED |
| | Defendant remanded to custody of USMS |
| X | Defendant released: 3rd Party Custodian |
| X | Discovery Order electronically filed |
| | First Appearance of Defendant |
| | Other Matters: |