AO 442 (Rev. 01/09) Arrest Warrant

9381493

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
2013 NOV -4   AM 8:14
13 NOV 18  PM 3:07
CLERK-ALBUQUERQUE

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **BRANDON TAFOYA** | ) | Case No. CR 13-3526 MCA |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **BRANDON TAFOYA**,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1153 and 113(a)(6): Assault Resulting in Serious Bodily Injury (2 counts)

Date: 11/01/2013

*Issuing officer's signature*

City and state: Albuquerque, New Mexico

Matthew J. Dykman, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 11-4-2013, and the person was arrested on *(date)* 11-5-2013
at *(city and state)* Albuquerque, NM.

Date: 11-5-2013

*Arresting officer's signature*

Antonio Ramirez /DUSM
*Printed name and title*

( BIA SA John Montowine )