UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              Cr. No. 13-CR-03526 MCA

**BRANDON TAFOYA,**

    Defendant.

*FILED UNITED STATES DISTRICT COURT ALBUQUERQUE, NEW MEXICO OCT 01 2014 MATTHEW J. DYKMAN CLERK*

## CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I plead guilty. I have been informed of my right to the assistance of legal counsel and of my right to plead or go to trial, judgment and sentencing before a United States District Judge.

I HEREBY:   Waive (give up) my right to enter my plea before a United States District Judge and I consent to entering my plea, knowingly and voluntarily, before a United States Magistrate Judge.

                                                          _____
                                                          BRANDON TAFOYA
                                                          Defendant

                                                          _____
                                                          BEN A. ORTEGA, ESQ.
                                                          Attorney for Defendant

Date: 10/1/2014

Before: _____
           United States Magistrate Judge