IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

BRANDON TAFOYA,

          Defendant.                                  No. CR 13-3526 MCA

JOINT MOTION TO CONTINUE SENTENCING

      Defendant, Brandon Tafoya, by his attorney of record, jointly with the Plaintiff the

United State by Assistant U.S. Attorney Presiliano Torrez hereby moves the Court for a

continuance of the December 30, 2014 sentencing hearing in the above entitled and numbered

cause.  As grounds for the continuance the parties state the following:

1.  On 10/1/14 the Defendant plead guilty to the allegations in the indictment.  A sentencing

    agreement was entered into under Federal Rules of Criminal Procedure 11(c)(1)(C).

2.  Under the agreement the Defendant is to be sentenced to a term of imprisonment of no

    more than three years.  Two years were to be served at the Delancy Street Rehabilitation

    Program and one year in a transitional halfway house or home detention or both, or any

    program deemed beneficial to the defendant by the United States Probation Office.  The

    Defendant would be allowed to work or pursue an educational program in the last year of

his sentence, again as approved by the United States Probation Office.  Following

imprisonment, the Defendant shall be placed on supervised release as required by law.

3.  Upon reviewing the plea agreement, it occurred to counsel for the Defendant and for the

United States that it needs to be revised because the Delancy Street rehabilitation

program is not a Bureau of Prisons approved facility.

4.  Counsel for the defense and the United States have agreed to request a continuance of the

current sentence hearing set on December 30, 2014 and, as grounds, have agreed to

withdraw the current plea.  When both parties have agreed to an amended plea, a new

plea hearing will be requested.

5.  The parties have been trying to resolve the problem and now believe they have a solution,

but the plea will indeed have to be amended.

6.  Counsel for the United States will be unavailable from December 22 through December

26, 2014 and on January 2, 2015 and the Defendant will be unavailable December 18,

2014.

7.  The Defendant is not in custody.

8.  The Parties affirmatively state that the ends of justice will be served by granting this

continuance. Further, the undersigned represents that the necessity for a lawful plea

agreement outweighs the interest of the public and the defendant in speedy sentencing.

9.  The Government has been contacted, Presiliano Torrez Esq., and joins in the relief

requested herein.

WHEREFORE, the Parties respectfully request that the Court continue the December 30,

2014 sentencing hearing.

Respectfully submitted,

2

DAMON P. MARTINEZ                          BEN A. ORTEGA
United States Attorney

/S/  Electronically signed                       By /S/  Electronically signed
PRESILIANO A. TORREZ                       BEN A. ORTEGA
Assistant United States Attorney           510 Slate Ave. NW
Post Office Box 607                              Albuquerque, New Mexico 87102
Albuquerque, New Mexico  87102         (505) 503-0956
(505) 346-7274                                    Attorney for Defendant

I hereby certify that on the 19th day of December, 2014,
I caused a copy of the foregoing to be transmitted to
all opposing counsel via email. This motion was also
filed through CM/ECF as indicated in the header, which
I understand provided service to the parties.

/S/  Electronically signed
Ben A. Ortega