*Rev. May 22, 2012*

# PLEA MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 13-3526 MCA | UNITED STATES vs. Tafoya |
|---|---|

**Before The Honorable Karen B. Molzen, United States Magistrate Judge**

| Hearing Date: | 1/26/15 | Time In and Out: | 11:49-12:04 |
|---|---|---|---|
| Clerk: | E. Romero | Digital Recording: | ABQ-Gila |
| Defendant: | Brandon Tafoya | Defendant's Counsel: | Ben Ortega |
| AUSA: | Paige Messec | Interpreter: | n/a |

☐ Sworn  
☐ Waived

- [x] Defendant Sworn
- [ ] First Appearance
- [x] Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.
- [x] Deft acknowledges receipt of: **Indictment**
- [ ] If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.
- [x] Terms and conditions of proposed plea agreement explained.
- [x] Factual predicate to sustain the plea provided.
- [x] Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea.
- [x] Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).
- [x] Deft questioned re time to consult with attorney and if satisfied with his or her representation.
- [x] Court finds Deft fully understands charge(s), terms of plea, and the consequences of entry into plea agreement.
- [x] Deft pleads GUILTY to: **Indictment**
- [x] Allocution by Deft on elements of charge(s).
- [x] Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.
- [x] Deft adjudged guilty.
- [x] Acceptance of plea agreement deferred until final disposition hearing by district judge.
- [x] Sentencing Date: **to be notified**
- [ ] Defendant to Remain in Custody
- [x] Present conditions of release continued   ☐ Conditions changed to:
- [ ] Penalty for failure to appear explained
- [x] Presentence Report Ordered   ☐ Expedited (Type III)

Other Matters: Defendant pleads guilty to Counts 1 and 2 of the Indictment; Amended Plea Agreement entered.