# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CR No: | 13-3526MCA | | | USA vs.: | BRANDON TAFOYA | | | |
| Date: | 3/11/15 | | | Name of Deft: | BRANDON TAFOYA | | | |
| Before the Honorable: | | BRUCE D. BLACK | | | | | | |
| Time In/Out: | 1:52pm-2:14pm | | | Total Time in Court (for JS10): | 22 minutes | | | |
| Clerk: | C. Walker | | | Court Reporter: | J. Bean | | | |
| AUSA: | Lynn Wang | | | Defendant's Counsel: | Ben Ortega | | | |
| Sentencing in: | Albuquerque | | | Interpreter: | N/A | | | |
| Probation Officer: | Loyola Garcia | | | Sworn? | Yes | | No | |
| Convicted on: | X | Plea | | Verdict | As to: | | Information | X | Indictment |
| If Plea: | X | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | Counts 1 & 2 | | |
| If Plea Agreement: | X | Accepted | | Not Accepted | No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | 1/26/15 | | | PSR: | X | Not Disputed | | Disputed |
| PSR: | X | Court Adopts PSR Findings | | Evidentiary Hearing: | X | Not Needed | | Needed |
| Exceptions to PSR: | | | | | | | | |

### SENTENCE IMPOSED
Imprisonment (BOP): Counts 1 & 2: 2 days or time served.

| | | | | |
|---|---|---|---|---|
| Supervised Release: | 3 YEARS each count (concurrent) | Probation: | | 500-Hour Drug Program |
| | Court recommends ICE begin removal proceedings during service of sentence | | | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | | |
|---|---|---|---|---|
| | No re-entry without legal authorization | | | Home confinement for ____ months ____ days |
| | Comply with ICE laws and regulation | | | Community service for ____ months ____ days |
| X | Participate in/successfully complete subst abuse program/testing | | X | Reside halfway house _6_ months ____ days |
| | Participate in/successfully complete mental health program | | | Register as sex offender |
| X | Refrain from use/possession of alcohol/intoxicants | | | Participate in sex offender treatment program |
| X | Submit to search of person/property | | | Possess no sexual material |
| X | No contact with victim(s) and/or co-defendant(s) | | | No computer with access to online services |
| | No entering or loitering near victim's residence | | | No contact with children under 18 years |
| | Provide financial information | | | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | | | Restricted from occupation with access to children |
| X | No synthetic cannabinoids or legally sold designer drugs | | | No loitering within 100 feet of school yards |
| X | OTHER: Must successfully complete Delancey Street Program | | | |

| | | | | | |
|---|---|---|---|---|---|
| Fine: $ | 0 | | Restitution: $ | Undetermined at this time | |
| SPA: $ | 200.00 ($100) as to each Count | | Payment Schedule: | X Due Imm. | Waived |
| OTHER: | | | | | |

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
| X | Deft on COR | X | Voluntary Surrender --- Must check in at Delancey street within 30 days |
| | Recommended place(s) of incarceration: | | |
| | Dismissed Counts: | | |
| OTHER COMMENTS: | | Defendant addresses Court | |